■ THOMAS DELEVAN et al., Appellants, v IRA BERMAN, Respondent, et al., Defendant. [784 NYS2d 862]—Order, Supreme

Court, New York County (Shirley Werner Kornreich, J.), entered February 7, 2003, unanimously affirmed for the reasons stated by Kornreich, J., with costs and disbursements. No opinion. Concur—Buckley, P.J., Nardelli, Saxe, Sullivan and Gonzalez, JJ.